## ORDER

PER CURIAM

**AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark Joseph COWDER, Petitioner

No. 456 WAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Suzanne STAHL, Respondent

v.

Christian STAHL, Petitioner

No. 825 MAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal and Application for Temporary Injunctive Relief are **DENIED.**

M.G., Respondent

v.

S.J., Petitioner

M.G., Respondent

v.

S.J., Petitioner

No. 470 WAL 2016
No. 471 WAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal and Application for Consolidation are **DENIED.**